# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

National Review
19 West 44th Street
Suite 1701
New York, NY 10036

       Plaintiff,

   v.

Federal Housing Finance Agency
Constitution Center
400 7th Street, SW
Washington, DC 20219

       Defendant

# COMPLAINT

1. Plaintiff, National Review, brings this complaint by and through undersigned counsel against Defendant, Federal Housing Finance Agency (FHFA) for violation of the Freedom of Information Act (FOIA) (5 U.S.C. § 552). National Review is a news site covering government, global, and political news. Between April 2025 and August 2025, FHFA sent at least three criminal referrals to Attorney General Bondi regarding alleged mortgage fraud. As laid out in more detail below, National Review submitted a FOIA request to FHFA on September 4, 2025 seeking records of all referrals regarding mortgage fraud made to the Department of Justice from January 20, 2025 to the present.

2. FHFA is the custodian of records that are responsive to National Review's request. FHFA neither acknowledged National Review's FOIA request nor did it produce any responsive

records. FHFA did not provide a reason for its constructive denial of National Review's request.

3.  National Review seeks injunctive and declaratory relief as well as an award of costs and fees pursuant to FOIA's fee-shifting provision (5 U.S.C. § 552(a)(4)(E)).

**VENUE AND JURISDICTION**

4.  This Court is the proper venue pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

5.  This Court has jurisdiction over this matter pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, 2202.

**PARTIES**

6.  Plaintiff, National Review Inc., is a corporation formed under the laws of New York. National Review's principal place of business is located at 19 West 44th Street, Suite 1701, New York, NY 10036. National Review produces a conservative political magazine and maintains a website on which it publishes articles regarding public policy.

7.  Defendant, Federal Housing Finance Agency, is a Federal agency that is *sui juris*. Federal Housing Finance Agency is part of the Federal government with its principal office located at Constitution Center, 400 7th Street, SW, Washington, DC 20219. According to FHFA's website, the FHFA is responsible for the "effective supervision, regulation, and housing mission oversight of the Federal National Mortgage Association (Fannie Mae), the Federal Home Loan Mortgage Corporation (Freddie Mac), and the Federal Home Loan Bank System, which includes the 11 Federal Home Loan Banks (FHLBanks) and the Office of Finance (OF)."

**FACTUAL ALLEGATIONS**

## A. Background

8. National Review was founded in 1955 as a "magazine of conservative opinion." National Review has published articles about actions and policies of the U.S. Government for more than seven decades. It publishes a magazine twelve times a year and remains an influential source of news and opinion. It publishes a constant stream of online news and opinion on its website Nationalreview.com.

9. National Review reports extensively on U.S. Politics & Policy. National Review's politics and policy articles can be found at https://www.nationalreview.com/politics-policy/.

10. Between April of 2025 and August of 2025, the FHFA sent at least three criminal referrals to Attorney General Bondi. All three referrals alleged mortgage fraud by various government officials.

11. More specifically, on April 14, 2025, the FHFA sent a criminal referral to Attorney General Bondi and Deputy Attorney General Blanche regarding New York Attorney General Letitia James, alleging Attorney General James falsified "bank documents and property records to acquire government backed assistance and loans and more favorable loan terms." A copy of the criminal referral can be found at https://static.foxnews.com/foxnews.com/content/uploads/2025/04/letitia_james_referral_first_3_pages.pdf. On May 27, 2025, the FHFA sent a criminal referral to Attorney General Bondi and Deputy Attorney General Blanche regarding U.S. Senator Adam Schiff alleging that Senator Schiff "has, in multiple instances, falsified bank documents and property records to acquire more favorable loan terms, impacting payments from 2003-2019 for a Potomac, Maryland-based property." A copy of the criminal referral can

be found at https://nypost.com/wp-content/uploads/sites/2/2025/07/Referral_Letter_May_27__002_.pdf. On August 15, 2025, the FHFA sent a criminal referral to Attorney General Bondi and Special Attorney Martin regarding Federal Reserve Governor Lisa Cook alleging Ms. Cook falsified "bank documents and property records to acquire more favorable loan terms, potentially committing mortgage fraud under the criminal statute. This has included falsifying residence statuses for an Ann Arbor, Michigan-based residence and an Atlanta, Georgia-based property in order to potentially secure lower interest rates and more favorable loan terms." A copy of the criminal referral can be found at https://clearinghouse.net/resource/4700/.

**B.  National Review's FOIA Request to FHFA on September 4, 2025**

12. On September 4, 2025, National Review submitted a FOIA request to FHFA by mail.

13. National Review seeks all records related to mortgage fraud criminal referrals.

14. More specifically, National Review seeks:

> This record request is for all criminal referrals regarding mortgage fraud or any other matter made by the U.S. Federal Housing Finance Agency to the Department of Justice or to Attorney General Pam Bondi, Deputy Attorney General Todd Blanche, or Special Attorney Edward Martin.

15. The FOIA request was limited from January 20, 2025 to the present.

16. FHFA did not acknowledge National Review's FOIA request.

**COUNT ONE: FHFA's VIOLATION OF FOIA**

17. Paragraphs 1 through 16 are realleged here as if set forth in full.

18. National Review submitted a valid FOIA request on September 4, 2025 to FHFA. In its FOIA request, National Review provided a legally adequate description of the records it seeks.

19. FHFA is the custodian of records that are responsive to National Review's FOIA request.

20. FHFA did not conduct a legally adequate search for records that are responsive to National Review's FOIA request.

21. FHFA did not produce any records responsive to National Review's September 4, 2025 FOIA request. In other words, FHFA did not produce all nonexempt records that are responsive to National Review's FOIA request.

22. FHFA constructively denied National Review's September 4, 2025 FOIA request.

23. National Review exhausted its administrative remedies and constructively exhausted its administrative remedies.

24. FHFA, therefore, violated the Freedom of Information Act (5 U.S.C. § 552).

**RELIEF SOUGHT**

25. For the foregoing reasons, Plaintiff respectfully asks this Court for:

    a. A declaration that FHFA violated FOIA;

    b. An injunction ordering FHFA to promptly produce all records that are responsive to National Review's FOIA request;

    c. An award of costs and fees pursuant to 5 U.S.C. § 552(a)(4)(E);

    d. Any other relief that the Court finds to be just.

Respectfully submitted,

 /s/ Don Padou                              Dated: October, 27 2025

DON PADOU
D.C. Bar No. 1005434
P.O. Box 659
Murphys, CA. 95247
202-664-4395
Padou@PadouLaw.com