UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL REVIEW INC.,

    Plaintiff,

v.

FEDERAL HOUSING FINANCE AGENCY,

    Defendants.

Civil Action No. 25-3786 (CJN)

## JOINT STATUS REPORT

Defendant, the Federal Housing Finance Agency ("FHFA"), and Plaintiff, National Review Inc. (collectively, the "Parties") through undersigned counsels, respectfully submit this Joint Status Report, pursuant to the Court's January 26, 2026, Minute Order.

Plaintiff filed suit on October 27, 2025, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. There remains a discrepancy regarding when Defendant received Plaintiff's FOIA request. Plaintiff contends that it submitted its request to the agency on September 4, 2025. Defendant, however, asserts that it did not receive any FOIA request from Plaintiff until December 2, 2025. Notwithstanding this dispute, Plaintiff seeks records relating to:

> all criminal referrals regarding mortgage fraud or any other matter made by the U.S. Federal Housing Finance Agency to the Department of Justice or to Attorney General Pam Bondi, Deputy Attorney General Todd Blanche, or Special Attorney Edward Martin.

Compl. (ECF No. 1) ¶ 14.

The agency conducted an electronic search for responsive records, which returned approximately 645 potentially responsive documents. The agency has not yet initiated review of those materials. The request is being processed in the ordinary course and has been placed in the

queue for complex requests. This information was relayed to Plaintiff's counsel on February 13, 2026.

On February 19, 2026, Plaintiff stated in an email that it seeks only the actual referrals from Defendant to the Department of Justice and three high-ranking officials, and not any supporting documentation. Plaintiff also objected to having its FOIA request placed in the complex queue, arguing that there is nothing complex about its request because it merely seeks criminal referrals sent from FHFA to the Department of Justice during a limited time span. This statement has been relayed to the agency for consideration and further action. Because this refinement may affect the number of potentially responsive records, Defendant is unable to provide an estimated date for the completion of processing or production at this time. The agency is simultaneously processing numerous other requests, and Plaintiff's request is being handled in the ordinary course of business.

Defendant does not anticipate seeking a stay pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

The parties agree that establishing a briefing schedule at this juncture would be premature. Accordingly, the parties propose filing a Joint Status Report in thirty (30) days, up to and including March 21, 2026, to update the Court on the status of Defendant's processing of Plaintiff's FOIA request.

Dated: February 19, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Don Padou
DON PADOU
D.C. Bar No. 1005434

By:  /s/ Saifuddin K. Kalolwala
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney

- 3 -

| | |
|---|---|
| P.O. Box 659<br>Murphys, CA. 95247<br>202-664-4395<br>Don.Padou@yahoo.com | 601 D Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-2550<br>Saifuddin.Kalolwala@usdoj.gov |
| *Attorney for Plaintiff* | *Attorneys for the United States of America* |