UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL REVIEW INC.,

Plaintiff,

v.

FEDERAL HOUSING FINANCE AGENCY,

Defendant.

Civil Action No. 25-3786 (CJN)

## JOINT STATUS REPORT

Defendant, the Federal Housing Finance Agency ("FHFA"), and Plaintiff, National Review Inc. (collectively, the "Parties") through undersigned counsels, respectfully submit this Joint Status Report, pursuant to the Court's January 26, 2026, Minute Order.

Plaintiff filed suit on October 27, 2025, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. There remains a discrepancy regarding when Defendant received Plaintiff's FOIA request. Plaintiff contends that it submitted its request to the agency on September 4, 2025. Defendant, however, asserts that it did not receive any FOIA request from Plaintiff until December 2, 2025. Notwithstanding this dispute, Plaintiff seeks records relating to:

> all criminal referrals regarding mortgage fraud or any other matter made by the U.S. Federal Housing Finance Agency to the Department of Justice or to Attorney General Pam Bondi, Deputy Attorney General Todd Blanche, or Special Attorney Edward Martin.

Compl. (ECF No. 1) ¶ 14.

The agency is still conducting its final review and processing of the responsive documents for request 2026-FOIA-027, and hopes to have a final response and production ready to submit within four to six weeks.

- 2 -

The parties respectfully propose filing a Joint Status Report in thirty-five (35) days, up to and including April 24, 2026, to update the Court on the status of Defendant's processing of Plaintiff's FOIA request.

Dated: March 20, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Don Padou*
DON PADOU
D.C. Bar No. 1005434
P.O. Box 659
Murphys, CA. 95247
202-664-4395
Don.Padou@yahoo.com

By:   */s/ Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Attorney for Plaintiff*

*Attorneys for the United States of America*

- 2 -