UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL REVIEW INC.,<br><br>Plaintiff,<br><br>v.<br>FEDERAL HOUSING FINANCE AGENCY,<br><br>Defendant. | Civil Action No. 25-3786 (CJN) |

## JOINT STATUS REPORT

Defendant, the Federal Housing Finance Agency ("FHFA"), and Plaintiff, National Review Inc. (collectively, the "Parties") through undersigned counsels, respectfully submit this Joint Status Report.

Plaintiff filed suit on October 27, 2025, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. There remains a discrepancy regarding when Defendant received Plaintiff's FOIA request. Plaintiff contends that it submitted its request to the agency on September 4, 2025. Defendant, however, asserts that it did not receive any FOIA request from Plaintiff until December 2, 2025. Notwithstanding this dispute, Plaintiff seeks records relating to:

> all criminal referrals regarding mortgage fraud or any other matter made by the U.S. Federal Housing Finance Agency to the Department of Justice or to Attorney General Pam Bondi, Deputy Attorney General Todd Blanche, or Special Attorney Edward Martin.

Compl. (ECF No. 1) ¶ 14.

**Defendant's Position**

The agency is still conducting its final review and processing of the responsive documents for request 2026-FOIA-027, and hopes to have a final response and production ready to provide to Plaintiff in the coming weeks.

**Plaintiff's Position**

The agency has repeatedly indicated that it is still conducting its final review and processing of the responsive documents.  The agency has continually pushed back its anticipated completion deadline without explanation.  Plaintiff reluctantly agrees to file another Joint Status Report in 45 days.  However, if Defendant does not produce records by July 10, 2026, Plaintiff's ask this Court to set a briefing schedule for this matter.

The parties respectfully propose filing a Joint Status Report in approximately forty-five days, up to and including July 10, 2026, to update the Court on the status of Defendant's processing of Plaintiff's FOIA request and propose a briefing schedule if necessary.

Dated: May 26, 2026
Washington, D.C.

By: */s/ Don Padou*
DON PADOU
D.C. Bar No. 1005434
P.O. Box 659
Murphys, CA. 95247
202-664-4395
Don.Padou@yahoo.com

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*